UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARTURO OSORNO, JOSE MANUEL PASTRANA,
FERNANDO PEREZ GARCI and SAMUEL LOPEZ
MONTALVO                                              :    Docket No. 18-1513(AMD)(LB)
individually and on behalf of others similarly
situated                                              :
                          Plaintiff,          :    **RULE 7.1 DISCLOSURE**

          - against -                                :

AVANT GARDNER, LLC (d/b/a)BROOKLYN
MARAGE), AGDP HOLDING INC.(f.k.a. AVANT
GARDNER MGMT, INC . (d/b/a BROOKLYN
MIRAGE), A&N STAFFING LLC (d/b/a A&N
STAFFING) BENAJAMIN ROSHIA, ANTONIO
BARCENES and STANISLAVE CHIJIK          :

                         Defendants.         :
-------------------------------------------------------------------x

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for corporate defendants AVANT GARDNER LLC and AGDP HOLIDNG INC. certifies that there are no parents, affiliates, and/or subsidiaries, which are publicly held.

Dated: New York, New York
      February 15, 2019

                                          DAVIDOFF HUTCHER & CITRON LLP

                                          By: _____
                                               Mark E. Spund, Esq.
                                          605 Third Avenue, 34th Floor
                                          New York, New York 10158
                                          Tel:    (212) 557-7200
                                          mes@dhclegal.com
                                          *Attorneys for Defendants* AVANT GARDNER
                                          LLC, AGDP HOLDINGS INC, BENJAMIN
                                          ROSHIA and STANISLAV CHIJIK

644252v.1